IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY A. MARTIN,

      Petitioner,                    No. CIV S-06-1463 DFL DAD P

    vs.

WARDEN KRAMER, et al.,

      Respondents.            ORDER

_____/

        Petitioner is a state prisoner proceeding pro se. On June 30, 2006, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 16, 2006, prior to filing the habeas petition, petitioner submitted an application to proceed in forma pauperis. The application is incomplete.

        The certificate section of the in forma pauperis application has been completed by a prison official, and a trust account statement is attached. However, petitioner did not sign his application. Petitioner will be granted thirty days to submit a signed application on the form provided with this order. Petitioner will not be required to have the certificate section of this form completed by a prison official, and petitioner will not be required to attach a trust account statement.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a signed application to proceed in forma pauperis on the form provided with this order; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis application form that is to be used by a prisoner proceeding with a petition for writ of habeas corpus.

DATED: July 20, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
mart1463.101mod

2