IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY A. MARTIN,

    Petitioner,               No. CIV S-06-1463 DFL DAD P

    vs.

WARDEN KRAMER, et al.,

    Respondents.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 29, 2006, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days. On September 14, 2006, petitioner requested a one-week extension of time to file objections. On September 18, 2006, petitioner filed objections to the findings and recommendations. Petitioner subsequently filed a request for two copies of his objections.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's September 14, 2006 request for an extension of time to file objections is granted;

2. Petitioner's October 3, 2006 request for copies of his objections is denied;

3. The findings and recommendations filed August 29, 2006, are adopted in full; and

4. Petitioner's application for a writ of habeas corpus is summarily dismissed.

DATED:   1/15/2007

DAVID F. LEVI
United States District Judge

2